

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00494-CR

The State of Texas
v.
Ricardo Mata

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. CR-2611-16-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case REMANDED for further proceedings consistent with its opinion.

We further order this decision certified below for observance.

July 11, 2019